UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELVIN TORIBIO HERNANDEZ MENDOZA,<br><br>             Petitioner,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>             Respondents. | CIVIL ACTION NO. 3:26-CV-00559<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 9th day of March, 2026, in consideration of the petition of Kelvin Toribio Hernandez Mendoza ("Mendoza") (Doc. 1), the Court finds the following and **ORDERS**:

1. Mendoza filed the instant petition on March 6, 2026, requesting that Respondents Kristi Noem, Pamela Bondi, Cammilla Wamsley, and Craig A. Lowe (collectively "Respondents") release him from custody at the Pike County Correctional Facility in Lords Valley, Pennsylvania. (Doc. 1).

2. According to Mendoza, Respondents are detaining him and denying him a bond hearing pursuant to 8 U.S.C. § 1225(b)(2)(A), which provides that noncitizens who entered the United States without admission or parole are subject to detention. (Doc. 1, at 18-19).

3. Mendoza avers that because he already resided in the United States when Respondents apprehended him, Respondents can only detain him pursuant to § 1226, under which he is entitled to a bond hearing. (Doc. 1, at 13).

4. Courts in the Third Circuit have found that § 1226, not § 1225(b)(2)(A), applies to noncitizens who previously entered the country and have been residing in the United States for an extended period of time prior to being apprehended and placed in removal proceedings. *See Cantu-Cortes v. O'Neill*, No. 25-CV-6338, 2025 WL 3171639 at 1-2 (E.D. Pa. Nov. 13, 2025); *see also Alexey Kashranov v. J.L. Jamison, et al.*, No. 2:25-CV-05555, 2025 WL 3188399 at 5 (E.D. Pa. Nov. 14, 2025); *see also Del Cid v. Bondi*, No. 3:25-CV-00304, 2025 WL 2985150 at 14-17 (W.D. Pa. Oct. 23, 2025); *see also*

    *Bethancourt Soto v. Soto*, No. 25-CV-16200, 2025 WL 2976572 at 4-7 (D.N.J. Oct. 22, 2025).

5. Courts in the Third Circuit have further found that noncitizens detained pursuant to § 1226 are generally entitled to a bond hearing. *See Cantu-Cortes,* 2025 WL 3171639 at 2; *see also Alexey Kashranov,* 2025 WL 3188399 at 8; *see also Del Cid,* 2025 WL 2985150 at 18; *see also Bethancourt Soto,* 2025 WL 2976572 at 9.

6. Mendoza shall make immediate and proper service of the petition for writ of habeas corpus (Doc. 1) and this Order on Respondents.

7. Respondents shall not transfer Mendoza without further order of this Court.

8. Respondents shall file their response to Mendoza's petition on or before **MONDAY, MARCH 16, 2026**.

9. Mendoza shall file his traverse on or before **MONDAY, MARCH 23, 2026.** If he does not intend to file a traverse, counsel shall notify the Court as such, by email to **judge_mehalchick@pamd.uscourts.gov** with copy to all counsel of record.

                                            **BY THE COURT:**

                                            *s/ Karoline Mehalchick*
                                            **KAROLINE MEHALCHICK**
                                            **United States District Judge**